IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-40066-JPG |
| ) | |
| DANIEL L. JOHNSON, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER

Pending before this Court is Defendant's Motion for Grand Jury Transcripts in the above-entitled cause filed by the defendant (Doc. 13) pursuant to Federal Rules of Criminal Procedure 6(e)(3)(E)(i) and 6(e)(3)(F).  The government does not object to the motion.  In light of the government's willingness to disclose the Grand Jury Transcripts, the Court finds that the defendant has demonstrated a strong showing of particularized and compelling need for the grand jury materials in that the transcripts will facilitate plea negotiations and that the information contained therein is not available via other discovery.  Accordingly, the Court **GRANTS** the motion (Doc. 13) and **ORDERS** the government to disclose pursuant to Rule 6(e)(3)(E)(i) a copy of the Grand Jury Transcripts to the defendant's counsel, who may share the information with the defendant.  Pursuant to Rule 6(e), the defendant and his counsel must not further disclose any matter occurring before the grand jury.

**SO ORDERED
Dated this 23d day of February, 2007.**

s/ J. Phil Gilbert
**J. PHIL GILBERT
UNITED STATES DISTRICT JUDGE**